

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y 10007

BRIAN G. MAXEY
*Assistant Corporation Counsel*
Tel.: (212) 788-0987
Fax: (212) 788-9776

January 7, 2008

RECEIVED
CHAMBERS OF
JAN -7 2008
JUDGE SCHEINDLIN

BY FAX: (212) 805-7920
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Basiru Gbadamosi v. City of New York, et al., 07 CV 11348 (SAS)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York. I am writing with the consent of plaintiff's counsel, Scott A. Korenbaum, Esq., to request a sixty-day enlargement of time, from January 7, 2008 to March 7, 2008, within which this office may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

The plaintiff alleges, *inter alia*, that he was subjected to false arrest and unlawful search and seizure, in violation of his constitutional rights. Plaintiff also alleges state law claims including false arrest and battery. In addition to the City of New York plaintiff also names Police Officers Cara Lynn Mauro and Kenneth Van Slyck.[1]

Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case and forward to plaintiff for execution authorizations for the release of the underlying arrest and prosecution records, which may have been sealed pursuant to NYCPL § 160.50. Without the underlying records, the defendants cannot properly assess this case or respond to the complaint. Accordingly, the enlargement of time will afford us the opportunity to investigate the matter and to secure the relevant documents.

---

[1] Upon information and belief, Police Officers Cara Lynn Mauro and Kenneth Van Slyck have not yet been served in this matter.

This additional time should allow plaintiff to serve the individual defendants. Thereafter, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent the individually named defendant. The officers must then decide whether he wishes to be represented by this office. If so, we must obtain his written authorization. Only after this procedure has been followed can we determine how to proceed in this case.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until March 7, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Brian G. Maxey (BM 0451)

BY FAX: (212) 346-4665
Scott A. Korenbaum, Esq.
Attorney for Plaintiff

Defendant's request is granted. The City of New York shall answer or otherwise respond to plaintiff's complaint by March 7, 2008.

Date: 1/7/08

SO ORDERED:

Shira A. Scheindlin, USDJ

2