UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASIRU GBADAMOSI, | Index No. : 07 CV 11348 |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| -v- | |
| CITY OF NEW YORK, P.O. MAURO, Shield No. 9755, and P.O. VAN SLYCK, Shield No. 1202, | |
| Defendants. | |

State of New York   )
                    ) ss.:
County of New York  )

Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New Jersey:

(1)     That on the 11th day of February 2008 at 4:35 p.m. deponent served a summons and complaint in the above-captioned matter upon P.O. Mauro at her place of employment, NYPD First Precinct, 16 Ericsson Place, New York, New York. The documents were accepted by Sgt. Albarano (#187). Sgt. Albarano is white, approximately 40 years old, 5'9" tall, 220 pounds.

(2)     That on the 11th day of February 2008 at 8:25 p.m. deponent served a summons and complaint in the above-captioned matter upon P.O. Van Slyck at his place of employment, NYPD Midtown South Precinct, 357 West 35th Street, New York, New York. The documents were accepted by P.O. Alexander (#21932). P.O. Alexander is an African-American male, approximately 30 years old, 5'1" tall, 140 pounds with glasses.

1

(3)    That on the 19th day of February 2008, deponent mailed a true copy of the Summons and Complaint to defendants Mauro and Van Slyck to the same addresses where they were served as indicated in paragraphs (1) and (2) above. The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendant. The envelopes were placed in a U.S. mailbox at the post office located at 6th Ave. and 23rd St., New York, NY.

_____
Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 19th day of February 2008

_____
Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York Co.
Commission Expires January 16, 2009

JUDGE SCHEINDLIN

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

BASIRU GBADAMOSI, Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF NEW YORK, P.O. MAURO, Shield No. 9755
P.O. VAN SLYCK, Shield No. 1202,
Defendants.

CASE NUMBER: 07 CV 11348

TO: (Name and address of Defendant)

City of New York
New York City Law Department
100 Church Street
New York, NY 10007

P.O. Mauro
First Precinct
16 Ericsson Place
New York, NY 10013

P.O. Van Slyck
c/o Midtown South Precinct
357 W. 35th Street
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SCOTT A. KORENBAUM, ESQ.
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    DEC 18 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____           _____
                    Date                        *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.