```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
          :
BASIRU GBADAMOSI,
          :         ORDER OF
           Plaintiff,         DISCONTINUANCE
          :
    -against-          07 Civ. 11348 (SAS)
          :
CITY OF NEW YORK et al.,
          :
           Defendants.
          :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 10, 2008

## - Appearances -

**For Plaintiff:**

Scott A. Korenbaum, Esq.
111 Broadway, Suite 1305
New York, NY 10006
(212) 587-0018

**For Defendants:**

Brian Guenther Maxey
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
(212)788-0987