UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BASIRU GBADAMOSI,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. MAURO, Shield No. 9755, and P.O. VAN SLYCK, Shield No. 1202,

                                  Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 11348 (SAS)

       **WHEREAS,** plaintiff commenced this action by filing a complaint on or about December 18, 2007, alleging that defendants violated his federal civil and state common law rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1.     The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2.     Defendant City of New York hereby agrees to pay plaintiff the total sum of SIX THOUSAND FIVE HUNDRED ($6,500.00) Dollars in full satisfaction of all claims, including claims for costs, expenses, and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendants City Of New York, Police Officer Cara Lynn Mauro, and Police Officer Kenneth Van Slyck, and to release all defendants; their successors or assigns; and all past and present officials, employees,

representatives, and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorneys' fees, expenses, and costs.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6.      This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       March _11_, 2008

SCOTT A. KORENBAUM, ESQ.  
111 Broadway, Suite 1305  
New York, NY 10006  
Attorney for Plaintiff  
(212) 587-0018

MICHAEL A. CARDOZO  
Corporation Counsel of the  
City of New York  
Attorney for Defendants  
100 Church Street  
New York, N.Y. 10007  
(212) 788-0987

By: _____  
Scott A. Korenbaum  
Attorney for Plaintiff

By: _____  
Brian G. Maxey  
Assistant Corporation Counsel

SO ORDERED:

_____  
HON. SHIRA A. SCHEINDLIN  
UNITED STATES DISTRICT JUDGE     3/18/08

- 3 -